IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSEPH RICHARDSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | C.A. No. 5:17-cv-01081 |
| | § | |
| FIDELITY & GUARANTY LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## FIDELITY & GUARANTY LIFE INSURANCE COMPANY'S
## INDEX OF STATE COURT DOCUMENTS

| | **State Court Document** | **Date Filed** |
|---|---|---|
| 1. | Bexar County Docket Sheet | N/A |
| 2. | Plaintiff's Original Petition and Civil Case Information Sheet | 08/17/2017 |
| 3. | Citation Service Request | 08/17/2017 |
| 4. | Citation | 08/23/2017 |
| 5. | Citation Return | 08/30/2017 |
| 6. | Defendant's Original Answer | 09/12/2017 |
| 7. | Request of Certified Copies of File | 10/18/2017 |
| 8. | Letter to Clerk regarding Fee for Certified Copies | 10/23/2017 |

EXHIBIT D

Dated: October 25, 2017        Respectfully submitted,

By:  /s/ Andrew G. Jubinsky
    Andrew G. Jubinsky
    Texas Bar No. 11043000
    andy.jubinsky@figdav.com
    Charles M. Gearing
    Texas Bar No. 24069774
    charles.gearing@figdav.com

**FIGARI + DAVENPORT, L.L.P.**
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on the parties listed below on October 25, 2017.

**Via CMRRR:**
Darby Riley
darbyriley@rileylawfirm.com
Riley & Riley Attorneys at Law
320 Lexington Avenue
San Antonio, Texas 78215-1913

/s/ Andrew G. Jubinsky
Andrew G. Jubinsky



GERARD C. RICKHOFF                    DONNA KAY MᶜKINNEY

COUNTY CLERK & DISTRICT CLERK
COURT RECORDS SEARCH

# Case #2017CV04510

**Name**: JOSEPH RICHARDSON

**Date Filed** : 08/17/2017

**Case Status** : PENDING

**Litigant Type** : PLAINTIFF

**Court** : 010

**Docket Type** : DEBT/CONTRACT-OTHER

**Business Name** :

**Style** : JOSEPH RICHARDSON

**Style (2)** : vs FIDELITY AND GUARANTY LIFE INSURANCE CO

EXHIBIT 1

# Case History

*Currently viewing 1 through 8 of 8 records*

| Sequence | Date Filed | Description |
|---|---|---|
| P00007 | 10/24/2017 | MAILED COPIES TO:<br>FIGARI DAVENPORT<br>ATTN DEANNA WADDELL<br>901 MAIN STREET STE 3400<br>DALLAS TEXAS 75202-3776<br>CERTIFIED COPY OF FILE |
| P00006 | 10/23/2017 | REQUEST<br>LETTER TO CLERK RE FEE FOR CERT COPIES |
| P00005 | 10/18/2017 | REQUEST<br>REQUEST OF CERTIFIED COPIES OF FILE |
| P00004 | 9/12/2017 | ANSWER TO ORIGINAL PETITION<br>FIDELITY & GUARANTY LIFE INSURANCE CO<br>(2 PAGES) |
| S00001 | 8/23/2017 | CITATION<br>FIDELITY & GUARANTY LIFE INSURANCE CO<br>ISSUED: 8/23/2017 RECEIVED: 8/23/2017<br>EXECUTED: 8/24/2017 RETURNED: 8/30/2017 |
| P00003 | 8/17/2017 | REQUEST<br>CITATION SERVICE REQUEST |
| P00002 | 8/17/2017 | CIVIL CASE INFORMATION SHEET |
| P00001 | 8/17/2017 | PLAINTIFF ORIGINAL PETITION |

# CIVIL CASE INFORMATION SHEET

CC# 10

CAUSE NUMBER *(FOR CLERK USE ONLY):* ___2017CV04510___   COURT *(FOR CLERK USE ONLY):* _____

STYLED  Joseph Richardson v Fidelity & Guaranty Life Insurance Co.

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

| Name: | Email: |
|---|---|
| Darby Riley | darbyriley@rileylawfirm.com |

| Address: | Telephone: |
|---|---|
| 320 Lexington Avenue | 210-225-7236 |

| City/State/Zip: | Fax: |
|---|---|
| San Antonio, Texas 78215 | 210-227-7907 |

| Signature: | State Bar No: |
|---|---|
| *Darby Riley* | 16924400 |

**Names of parties in case:**

Plaintiff(s)/Petitioner(s):

Joseph Richardson

Defendant(s)/Respondent(s):

Fidelity & Guaranty Life Insurance Co.

[Attach additional page as necessary to list all parties]

**Person or entity completing sheet is:**

[X] Attorney for Plaintiff/Petitioner
[ ] *Pro Se* Plaintiff/Petitioner
[ ] Title IV-D Agency
[ ] Other: _____

Additional Parties in Child Support Case:

Custodial Parent:

Non-Custodial Parent:

Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

### Civil

#### Contract

**Debt/Contract**
- [ ] Consumer/DTPA
- [X] Debt/Contract
- [ ] Fraud/Misrepresentation
- [ ] Other Debt/Contract:

**Foreclosure**
- [ ] Home Equity—Expedited
- [ ] Other Foreclosure
- [ ] Franchise
- [ ] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [ ] Partnership
- [ ] Other Contract:

#### Injury or Damage
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation

*Malpractice*
- [ ] Accounting
- [ ] Legal
- [ ] Medical
- [ ] Other Professional Liability:

- [ ] Motor Vehicle Accident
- [ ] Premises

*Product Liability*
- [ ] Asbestos/Silica
- [ ] Other Product Liability List Product:

- [ ] Other Injury or Damage:

#### Real Property
- [ ] Eminent Domain/ Condemnation
- [ ] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property:

#### Related to Criminal Matters
- [ ] Expunction
- [ ] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus— Pre-indictment
- [ ] Other:

### Family Law

#### Marriage Relationship
- [ ] Annulment
- [ ] Declare Marriage Void

*Divorce*
- [ ] With Children
- [ ] No Children

#### Other Family Law
- [ ] Enforce Foreign Judgment
- [ ] Habeas Corpus
- [ ] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other:

#### Post-judgment Actions (non-Title IV-D)
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

#### Title IV-D
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

#### Parent-Child Relationship
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Parentage/Paternity
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child:

#### Employment
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [ ] Workers' Compensation
- [ ] Other Employment:

#### Other Civil
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [ ] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [ ] Other:

#### Tax
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
- [ ] Dependent Administration
- [ ] Independent Administration
- [ ] Other Estate Proceedings

- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other:

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [ ] Class Action
- [ ] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [ ] Mandamus
- [ ] Post-judgment
- [ ] Prejudgment Remedy
- [ ] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [ ] Temporary Restraining Order/Injunction
- [ ] Turnover

## 4. Indicate damages sought *(do not select if it is a family law case)*:

- [X] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- [ ] Less than $100,000 and non-monetary relief
- [ ] Over $100,000 but not more than $200,000
- [ ] Over $200,000 but not more than $1,000,000
- [ ] Over $1,000,000

Rev 2/13

EXHIBIT 2

**2017CV04510**

NO. _____

E-FILED
Bexar County, County Clerk
Gerard Rickhoff
Accepted Date: [8/18/2017 11:48 AM
Accepted By: Aurora Bayardo
/s/ Aurora Bayardo
Deputy Clerk

| | | |
|---|---|---|
| JOSEPH RICHARDSON, | § | IN THE COUNTY COURT |
| Plaintiff | § | |
| | § | |
| V. | § | AT LAW NO. CC# 10 _____ |
| | § | |
| FIDELITY & GUARANTY LIFE | § | |
| INSURANCE CO., | § | |
| Defendant | § | BEXAR COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

### TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES JOSEPH RICHARDSON, hereinafter called Plaintiff, complaining of and about FIDELITY & GUARANTY LIFE INSURANCE CO., hereinafter called Defendant, and for cause of action show unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.    Plaintiff intends that discovery be conducted pursuant to a Level 3 Discovery Control Plan.

### PARTIES AND SERVICE

2.    Plaintiff, JOSEPH RICHARDSON, is an individual residing in Bexar County, Texas.

3.    Defendant, FIDELITY & GUARANTY LIFE INSURANCE CO., is an insurance company authorized to do business in Texas; it may be served by serving its agent for service, National Corporate Research, Ltd., 1601 Elm Street, Suite 4360, Dallas, Dallas County, Texas 75201-4701.

4.    In or about 2009, Plaintiff moved an existing life insurance policy on his own life, issued by Farmers New World Life Insurance Company, with a cash surrender value estimated at $30,000, to Defendant.  Plaintiff moved the policy to Defendant based on

1

representations from Defendant's agents, Samantha Santmyer of the Janson Dixson agency in Dallas, that Plaintiff could borrow or withdraw against his cash value without charge, and that he would receive a 2% higher return on his cash value than the Farmers policy. The new policy number issued by Defendant was L0797805. Thereafter, Plaintiff withdrew $10,000 against the cash value. Plaintiff paid monthly premiums by bank draft.

5.      Thereafter, Plaintiff never received a new life policy from Defendant. Plaintiff ceased paying premiums and allowed the life insurance coverage to lapse. However, although he inquired with Defendant, Plaintiff never received his cash value balance from Defendant, estimated at $20,000.

6.      In June 2017, Plaintiff received a letter from Defendant stating that the "loan and withdrawal calculation method used on your indexed universal life insurance policy was incorrect. As a result, the surrender value at the time of your policy was surrendered or lapsed, as applicable, was incorrect." At about the same time, Plaintiff received a check in the amount of $53,78 designated as "policy suspense." A true copy of the check is attached to and incorporated herein by reference, marked Exhibit A.

7.      On July 11, 2017, Plaintiff sent a demand for a complete accounting of the policy in question and for other information. The company has failed and refused to provide such information.

8.      On information and belief, Plaintiff contends that Defendant has violated the terms of the life insurance policy by retaining the cash value after the policy lapsed or was surrendered. Plaintiff seeks a full accounting and a determination of his damages as well as reasonable and necessary attorney's fees in pursuing this matter.

2

## REQUEST FOR DISCLOSURE

9.      Pursuant to Rules 194 and 190 of the Texas Rules of Civil Procedure, you are requested to disclose, within (50) days of service of this request, the information or material described in Rule 194.2 of the Texas Rules of Civil Procedure.

## RULE 193.7 NOTICE

10.     Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives notice that all documents produced by any party to this case will be used at any pretrial proceeding or at the trial of this matter.

11.     As required by Rule 47, T.R.C.P., Plaintiff states that he seeks monetary relief less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees. However, Plaintiff leaves the determination of the amount that will fairly compensate him for his damages to the sound discretion of the jury.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, JOSEPH RICHARDSON, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause; for judgment as set forth above; for reasonable attorney's fees and costs of Court; and for such other and further relief in law or equity to which he may show himself justly entitled.

3

Respectfully submitted,

RILEY & RILEY
ATTORNEYS AT LAW

By: _____

Darby Riley
Texas Bar No. 16924400
320 Lexington Avenue
San Antonio, Texas  78215-1913
(210) 225-7236 (telephone)
(210) 227-7907 (facsimile)
darbyriley@rileylawfirm.com

ATTORNEYS FOR PLAINTIFF

4

| DATE | ACCT. NO. | DESCRIPTION | DR. | CR. |
|------|-----------|-------------|-----|-----|
| 06/12/2017 | 220010 | POLICY SUSPENSE     L0797805 | 53.78 | |

No. 6143299 RG00

Please retain this portion for your records

Fidelity & Guaranty Life Insurance Company  PO Box 81497  Lincoln, NE  68501

⚠ THE FACE OF THIS DOCUMENT HAS A GREEN BACKGROUND-NOT A WHITE BACKGROUND. A TRUE WATERMARK AND VISIBLE FIBERS ⚠

**Fidelity & Guaranty Life Insurance Company**
P.O. Box 81497 Lincoln, NE 68501-1497

JPMorgan Chase Bank, N.A.
Columbus, OH

No. 6143299

56-1544
441

Void if Not Cashed Within 60 Days

Date: June 12, 2017

$53.78

Pay    Fifty-Three and 78/100 _____ Dollars

To The
Order Of
JOSEPH R RICHARDSON
16115 CHASE HILL BLVD
SAN ANTONIO, TX  78225

Claire M. Smith
Authorized Signature

�six143299⑥ ⑤044115443⑤   730133170⑥

# EXHIBIT A

# Gerard Rickhoff

COUNTY CLERK  BEXAR COUNTY

## BEXAR COUNTY COURT HOUSE
## SAN ANTONIO, TEXAS 78205
# CITATION SERVICE REQUEST

CASE NO.: __2017CV04510__

PLAINTIFF  Joseph Richardson _____  DATE 08/17/17 _____

VS.

DEFENDANT  Fidelity & Guaranty Life Insurance Co. _____

## PLEASE LIST **NAME, ADDRESS AND SERVICE TYPE** FOR **EACH DEFENDANT**.

CITATION:
1. NAME:  Fidelity & Guaranty Life Insurance Co. _____
ADDRESS:  National Corprorate Research, Ltd., 1601 Elm Street, Suite 4360, Dallas, Dallas County, Texas  75201-4701

| | | |
|---|---|---|
| A. | ☑ | PRIVATE PROCESS |
| B. | ☐ | SHERIFF |
| C. | ☐ | CERTIFIED MAIL |
| D. | ☐ | OUT OF COUNTY |
| E. | ☐ | MAIL TO ATTORNEY |

CITATION:
2. NAME: _____
ADDRESS: _____

| | | |
|---|---|---|
| A. | ☐ | PRIVATE PROCESS |
| B. | ☐ | SHERIFF |
| C. | ☐ | CERTIFIED MAIL |
| D. | ☐ | OUT OF COUNTY |
| E. | ☐ | MAIL TO ATTORNEY |

CITATION:
3. NAME: _____
ADDRESS: _____

| | | |
|---|---|---|
| A. | ☐ | PRIVATE PROCESS |
| B. | ☐ | SHERIFF |
| C. | ☐ | CERTIFIED MAIL |
| D. | ☐ | OUT OF COUNTY |
| E. | ☐ | MAIL TO ATTORNEY |

EXHIBIT 3

PRIVATE PROCESS

"The State of Texas"     NO. __2017CV04510__

JOSEPH RICHARDSON_____     IN THE COUNTY COURT AT
Plaintiff
vs.                                      LAW NO. __10_____

FIDELITY AND GUARANTY LIFE INSURANCE CO     BEXAR COUNTY, TEXAS
Defendant
                        NOTICE
**Citation** Directed to: FIDELITY & GUARANTY LIFE INSURANCE CO
                NATIONAL CORPORATE RESEARCH LTD
                1601 ELM STREET SUITE 4360
                DALLAS, TX 75201-4701

"You have been sued. You may employ an attorney. If you or your attorney do not
file a written answer with the clerk who issued this citation by 10:00 a.m. on the
Monday next following the expiration of twenty days after you were served this
citation and petition, a default judgment may be taken against you." Said petition
was filed on the __17TH__ day of____August____, 2017 .
ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS __23RD__ DAY OF __August_____
A.D., _2017__ .

                                    GERARD RICKHOFF
                                    County Clerk of Bexar County, Texas
                                    Bexar County Courthouse
                                    100 Dolorosa Suite 104
DARBY RILEY_____          San Antonio, Texas 78205
Attorney/PLAINTIFF
**address** 320 LEXINGTON AVE
        SAN ANTONIO, TX 78215-1913    By: _____Deputy
        _R Magee_    _8-23-17_              ALLISON HUMES
_____
                        OFFICER'S RETURN

Came to hand_____day of_____,A.D. _____, at_____o'clock_____.M.
and executed the_____day of_____,A.D. _____, in_____
at_____o'clock___.M. by delivering to _____
in person a true copy of this citation together with the accompanying copy of plaintiff's
petition. Served at_____

I traveled        miles in the execution of this citation. fees:    Serving citation
$        Mileage        Total $

                        _____
                        _____County, Texas
                        By_____
The State of Texas

                        NON - PEACE OFFICER VERIFICATION
VERIFICATION OF RETURN (IF NOT SERVED BY PEACE OFFICER)

SWORN TO this_____day of_____, _____.

2017CV04510
**(DKC001)**          NOTARY PUBLIC,  STATE OF TEXAS

EXHIBIT 4

FILE COPY

PRIVATE PROCESS

"The State of Texas"                    NO. __2017CV04510__

FILED IN MY OFFICE
GERARD RICKHOFF
COUNTY CLERK BEXAR CO.

2017 AUG 30 AM 11: 53

JOSEPH RICHARDSON_____
Plaintiff
vs.                                                     IN THE COUNTY COURT AT

                                                        LAW NO. __10_____

FIDELITY AND GUARANTY LIFE INSURANCE CO            BEXAR COUNTY, TEXAS
Defendant
                                    NOTICE
**Citation** Directed to: FIDELITY & GUARANTY LIFE INSURANCE CO
                         NATIONAL CORPORATE RESEARCH LTD
                         1601 ELM STREET SUITE 4360
                         DALLAS, TX 75201-4701


"You have been sued. You may employ an attorney. If you or your attorney do not
file a written answer with the clerk who issued this citation by 10:00 a.m. on the
Monday next following the expiration of twenty days after you were served this
citation and petition, a default judgment may be taken against you."   Said   petition
was filed on the __17TH__ day of____August_____, _2017_ .
ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS _23RD_ DAY OF _August_____
A.D.,_2017__ .


                                                    GERARD RICKHOFF
                                                    County Clerk of Bexar County, Texas
                                                    Bexar County Courthouse
                                                    100 Dolorosa Suite 104
__DARBY RILEY_____                      San Antonio, Texas  78205
Attorney/PLAINTIFF
**address** 320 LEXINGTON AVE
          SAN ANTONIO, TX 78215-1913              By:_____Deputy
                                                     ALLISON HUMES

_____

                            OFFICER'S RETURN

Came to hand_____day of_____,A.D. _____, at_____o'clock_____.M.
and executed the_____day of_____,A.D. _____, in_____
at_____o'clock___.M. by delivering to _____
in person a true copy of this citation together with the accompanying copy of plaintiff's
petition. Served at_____

I traveled            miles in the execution of this citation. fees:      Serving citation
$           Mileage            Total $

                                          _____

**AFFIDAVIT**                             _____County, Texas
**ATTACHED**          By_____
The State of Texas

                            NON - PEACE OFFICER VERIFICATION
VERIFICATION OF RETURN (IF NOT SERVED BY PEACE OFFICER)

SWORN TO this_____day of_____, _____.      EXHIBIT 5

2017CV04510
                        NOTARY PUBLIC  STATE OF TEXAS

CAUSE NO. 2017CV04510

| | | |
|---|---|---|
| JOSEPH RICHARDSON | § | IN THE COUNTY COURT |
| | § | |
| | § | |
| VS | § | AT LAW NO. 10 |
| | § | |
| FIDELITY & GUARANTY LIFE | § | |
| INSURANCE CO. | § | |
| | § | BEXAR COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

**Came to hand:**  AUGUST 23, 2017, at 5:10 PM

X      CITATION, PLANTIFF'S ORIGINAL PETITION

The above documents to be delivered to: **FIDELITY & GUARANTY LIFE INSURANCE CO.**
**NATIONAL CORPORATION RESEARCH LTD**
**1601 ELM STREET, STE 4360, DALLAS, TX 75201**

I,   **MITCHELL DRAEGER**   , the undersigned, being duly sworn, depose and say, that I am duly authorized to make delivery of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

**Executed on:**  AUGUST 24, 2017, at 11:00 AM.

**Executed at:** 1601 ELM STREET, STE 4360, DALLAS, TX 75201, within the county of DALLAS, Served on FIDELITY & GUARANTY LIFE INSURANCE CO.  by serving its registered agent NATIONAL CORPORATION RESEARCH LTD, by delivering to RODNEY WALLER, SOP INTAKE   in person a true copy of the above specified civil process having first endorsed on such copy the date of delivery.

**"I declare under penalties of perjury that the information contained herein is true and correct"**

Signature

PS#:  SCH 7995
Exp:  12/31/2019

Subscribed and sworn to before me, a notary
public on  August 25        , 20 17

Notary Public in and of the State of Texas

Kathy Draeger
MY COMMISSION EXPIRES
03-20-2018
NOTARY ID: 12975568-3

**2017CV04510**

E-FILED
Bexar County, County Clerk
Gerard Rickhoff
Accepted Date: 9/12/2017 1:25 PM
Accepted By: Justin Longoria
/s/ Justin Longoria
Deputy Clerk

CAUSE NO. 2017CV04510

| | | |
|---|---|---|
| JOSEPH RICHARDSON, | § | IN THE COUNTY COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | AT LAW NO. CC#10 |
| | § | |
| FIDELITY & GUARANTY LIFE | § | |
| INSURANCE CO., | § | |
| | § | |
| Defendant. | § | BEXAR COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

Defendant files its original answer, and states:

### I. GENERAL DENIAL

1.     Subject to such admissions and stipulations as may be made at or before time of trial, Defendant denies generally and specially the material allegations in Plaintiff's Original Petition, pursuant to Tex. R. Civ. P. 92, and demands strict proof thereof in accordance with the requirements of the laws of this state.

### II. AFFIRMATIVE DEFENSE

2.     Plaintiff's claims are barred, in whole or in part, by the statute of limitations.

### III. PRAYER

3.     Defendant requests the following relief:

(a)     That Plaintiff take nothing by reason of his suit;

(b)     That Defendant be dismissed with its costs; and

(c)     That Defendant have such other and further relief, both general and special, at law and in

---

Defendant's Original Answer

Page 1

EXHIBIT 6

Submit Date: 9/12/2017 1:17 PM

equity, to which it may show itself justly entitled.

Dated: September 12, 2017            Respectfully submitted,

                                     By: /s/ Andrew G. Jubinsky
                                         Andrew G. Jubinsky
                                         Texas Bar No. 11043000
                                         andy.jubinsky@figdav.com
                                         Charles M. Gearing
                                         Texas Bar No. 24069774
                                         charles.gearing@figdav.com

                                     FIGARI + DAVENPORT, L.L.P.
                                     901 Main Street, Suite 3400
                                     Dallas, Texas 75202
                                     Telephone: (214) 939-2000
                                     Facsimile: (214) 939-2090

                                     ATTORNEYS FOR DEFENDANT


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on the parties listed below on September 12, 2017.

Darby Riley
Riley & Riley
320 Lexington Avenue
San Antonio, Texas 78215
(210) 225-7236 (telephone)
(210) 227-7907 (facsimile)
darbyriley@rileylawfirm.com
*Attorney for Plaintiff*

                                     /s/ Andrew G. Jubinsky
                                     Andrew G. Jubinsky

---



**2017CV04510**

E-FILED
Bexar County, County Clerk
Gerard Rickhoff
Accepted Date: 10/18/2017 4:19 PM
Accepted By: Tammie Lerma

Deputy Clerk

deanna.waddell@figdav.com
214-939-2029

October 18, 2017

*__Via E-File__*
Bexar County Clerk
100 Dolorosa
San Antonio, Texas, 78205

Re:   Cause No. 2017CV04510; Joseph Richardson v. Fidelity & Guaranty Life
Insurance Co.; County Court Law No. 10, Bexar County, Texas

Dear Clerk:

Please provide me a copy of the entire file for Cause No. 2017CV04510 as soon as
possible. Please contact me at 214-939-2029 regarding the copy fee.

Thank you for your assistance in this matter.

Sincerely,

*/s/ Deanna Waddell*

Deanna Waddell
Paralegal

$16 pgs
+ $5 cert
$21

EXHIBIT 7

**FIGARI + DAVENPORT**

ph: 214.939.2000   Figari + Davenport, LLP
fx: 214.939.2090   901 Main Street, Suite 3400
figdav.com   Dallas, Texas 75202-3776

Submit Date: 10/18/2017 4:07 PM



**2017CV04510**

E-FILED
Bexar County, County Clerk
Gerard Rickhoff
Accepted Date: 10/23/2017 12:59 PM
Accepted By: Tammie Lerma

Deputy Clerk

deanna.waddell@figdav.com
214-939-2029

October 23, 2017

**_Via E-File_**
Bexar County Clerk
100 Dolorosa
San Antonio, Texas   78205

Re:   Cause No. 2017CV04510; Joseph Richardson v. Fidelity & Guaranty Life
       Insurance Co.; County Court Law No. 10, Bexar County, Texas

Dear Clerk:

Per my telephone conversation with your office, the fees to obtain a copy of the referenced file were paid with the filing of this letter (_total pages 16, $1.00 per page, $16.00 + $5.00 certification fee_).  Please forward the copies to Figari + Davenport, LLP, Attn: Deanna, 901 Main Street, Suite 3400, Dallas, Texas 75202-3776 as soon as possible.

Please contact me at 214-939-2029 should you have questions or concerns. Thank you for your assistance in this matter.

Sincerely,

_/s/ Deanna Waddell_

Deanna Waddell
Paralegal

MAILED 10/24/17
BORISA R.

EXHIBIT 8

**FIGARI + DAVENPORT**

ph: 214.939.2000          Figari + Davenport, LLP
fx: 214.939.2090          901 Main Street, Suite 3400
figdav.com                Dallas, Texas 75202-3776